UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                    CHAPTER 13
TODD H. SCHNEIDER, SR.
CINDY A. SCHNEIDER                                        CASE NO. 15-81348

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   PHH Mortgage Corporation                **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 6005

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $18,925.51 |
| Amount Paid by Trustee | $18,925.51 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   5/9/19                          /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

Certificate of Service
  I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 9th Day of May, 2019

Dated:  5/9/19                           /s/Cynthia K. Burnard

PHH MORTGAGE CORPORATION
MORTGAGE SERVICE CENTER
ONE MORTGAGE WAY  MAILSTOP:SBRP
MT LAUREL, NJ 08054

MORTGAGE SERVICE CENTER
2001 BISHOPS GATE BLVD.
MOUNT LAUREL, NJ  08054

PHH MORTGAGE CORPORATION
MORTGAGE SERVICE CENTER
ONE MORTGAGE WAY  MAILSTOP: SV-01
MT LAUREL, NJ 08054

SHAPIRO KREISMAN & ASSOCIATES, LLC
2121 WAUKEGAN ROAD, SUITE 301
BANNOCKBURN, IL  60015

TODD H. SCHNEIDER, SR.
CINDY A. SCHNEIDER
4707 WILLIAM ST.
MCHENRY, IL  60051

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603